IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


LESLIE WAGERS,                          :          CIVIL ACTION
                    Plaintiff,          :
            vs.                         :
                                        :
ACADEMY COLLECTION SERVICE, INC.,  :
                    Defendant.          :          NO.  11-00321

## O R D E R


**AND NOW, TO WIT:** This 22nd  day of March, 2011, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** without prejudice, pursuant to agreement of counsel without costs.  The Court intends to retain jurisdiction for ninety (90) days from now, and any settlement agreement is approved and made a part of the record and this Order for enforcement purposes.



**MICHAEL E. KUNZ**, Clerk of Court


**BY:**   /s/ Patricia A. Cardella_____
            Patricia A. Cardella, Deputy Clerk to
            Judge Lawrence F. Stengel




Copies e-mailed to the following
counsel on March 22, 2011:

Alla Gulchina, Esquire
John J. Hatzell, Jr., Esquire